# EXHIBIT "D"

Office of the Secretary of State

ilsos.gov

# Business Entity Search

Entity Information

| | | | |
|---|---|---|---|
| **Entity Name** | INSURANCE AUTO AUCTIONS, INC. | | |
| **File Number** | 59536354 | **Status** | ACTIVE |
| **Entity Type** | CORPORATION | **Type of Corp** | DOMESTIC BCA |
| **Incorporation Date (Domestic)** | 08-07-1997 | **State** | ILLINOIS |
| **Duration Date** | PERPETUAL | | |
| **Annual Report Filing Date** | 00-00-0000 | **Annual Report Year** | 2024 |
| **Agent Information** | ILLINOIS CORPORATION SERVICE COMPANY 801 ADLAI STEVENSON DRIVE SPRINGFIELD ,IL 62703-4261 | **Agent Change Date** | 10-31-2003 |

Services and More Information

Choose a tab below to view services available to this business and more information about this business.

---

Purchase Master Entity Certificate of Good Standing

---

Purchase Assumed Name Certificate of Good Standing

---

Change of Registered Agent and/or Registered Office

---

Articles of Amendment Effecting A Name Change

---

Adopting Assumed Name

---