# EXHIBIT "E"



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

Florida Limited Liability Company
BHT OF RICHMOND LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L18000031002 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 02/02/2018 |
| **Effective Date** | 01/30/2018 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | REINSTATEMENT |
| **Event Date Filed** | 12/07/2020 |

**Principal Address**

5555 Anglers Ave
Suite 27
Fort Lauderdale, FL 33312

Changed: 04/27/2023

**Mailing Address**

5555 Anglers Ave
Suite 27
Fort Lauderdale, FL 33312

Changed: 04/27/2023

**Registered Agent Name & Address**

BHT MANAGER LLC
5555 Anglers Ave
Suite 27
Fort Lauderdale, FL 33312

Name Changed: 12/07/2020

Address Changed: 04/27/2023

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

BHT MANAGER LLC

5555 Anglers Ave

Suite 27

Fort Lauderdale, FL 33312

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2022 | 04/29/2022 |
| 2023 | 04/27/2023 |
| 2024 | 04/26/2024 |

### Document Images

| | |
|---|---|
| 04/26/2024 -- ANNUAL REPORT | View image in PDF format |
| 04/27/2023 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2022 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2021 -- ANNUAL REPORT | View image in PDF format |
| 12/07/2020 -- REINSTATEMENT | View image in PDF format |
| 04/18/2019 -- ANNUAL REPORT | View image in PDF format |
| 02/02/2018 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations