**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BHT OF RICHMOND, LLC, <br><br> Plaintiff, <br><br> v. <br><br> INSURANCE AUTO AUCTIONS, INC., and DOES 1 through 10, inclusive, <br><br> Defendants. | Old Case No.: 1:24-cv-0765 KES CDB <br><br> **New Case No.: 1:24-cv-0765 JLT SKO** <br><br> ORDER RELATING CASES AND REASSIGNING DISTRICT JUDGE |

Pursuant to Local Rule 123, the Court finds the above-captioned action is related to the following matter: *Insurance Auto Auctions, Inc. v. BHT of Richmond, LLC*., 1:24-cv-0631 JLT SKO. The actions involve overlapping parties, properties, claims, events, and questions of fact or law. Assignment to the same district judge and magistrate judge will promote convenience, efficiency, and economy for both the Court and parties. Accordingly, the Court finds good cause for reassigning the matter. An order relating cases under Local Rule 123 merely assigns the cases to the same district judge and magistrate judge, and the matters are not consolidated.

///

///

///

///

Good cause appearing, the Court **ORDERS**: The above-captioned case shall be reassigned to U.S. District Judge Jennifer L. Thurston and U.S. Magistrate Judge Sheila K. Oberto.  All further documents shall bear the new case number: **1:24-cv-0765 JLT SKO**.

IT IS SO ORDERED.

Dated: **October 9, 2024**

UNITED STATES DISTRICT JUDGE